Stefan Palys (Bar 024752)
**FOX ROTHSCHILD LLP**
2020 K St. NW, Suite 500
Washington, D.C. 20006
Tel: (202) 659-6704
Fax: (202) 461-3102
Email: spalys@foxrothschild.com
Attorneys for First-Citizens Bank & Trust Company.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| First-Citizens Bank & Trust Company<br><br>Plaintiffs,<br><br>v.<br><br>David K. Yang; Felicia Bleeker; David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C.<br><br>Defendants. | No.<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF PROMISSORY NOTES**<br><br>**(2) BREACH OF GUARANTY** |

For its complaint, First-Citizens Bank & Trust Company ("FCB") alleges as follows:

**<u>PARTIES</u>**

1. FCB is a North Carolina corporation with its principal place of business in Raliegh, North Carolina. FCB is therefore a citizen of North Carolina.

2. Defendant David K. Yang is an individual residing in Coconino County, Arizona. David K. Yang is a citizen of Arizona.

3. Defendant Felicia Bleeker is an individual residing in Coconino County, Arizona. Felicia Bleeker is a citizen of Arizona.

4. Defendants David K. Yang and Felicia Bleeker are husband and wife. All the acts complained of in this complaint were performed on behalf of and in furtherance of David Yang and Felicia Bleeker's marital community.

5. Defendant David K. Yang, DMD, PLLC is an Arizona professional limited liability company with a principal place of business at 1251 W. University Ave, Flagstaff, Arizona, 86001. David K. Yang, DMD, PLLC's sole member is Defendant David K. Yang. David K. Yang, DMD, PLLC is therefore a citizen of Arizona.

6. Defendant Prescott Yang PLLC is an Arizona professional limited liability company with a principal place of business at 4732 S. Dory Trail, Flagstaff, Arizona, 86001. Prescott Yang PLLC's sole member is Defendant David K. Yang. Prescott Yang PLLC is therefore a citizen of Arizona.

7. Defendant Yang, P.C., is an Arizona professional corporation with its principal place of business at 1251 W. University Avenue, Flagstaff, Arizona, 86001. Yang, P.C. is therefore a citizen of Arizona.

## JURISDICTION AND VENUE

8. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship.

9. The Plaintiff is a citizen of North Carolina, and the Defendants are citizens of Arizona.

10. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11. This Court has personal jurisdiction over the Defendants.

12. Venue is proper in the District of Arizona under 28 U.S.C. § 1391 in that Defendants reside in this judicial district, and because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## GENERAL ALLEGATIONS

13. FCB extended seven loans to the Defendants, each of which is evidenced by a promissory note, business loan agreement, and related loan documents (collectively, "Loan Documents").

14. FCB extended Loan No. 910004942841 to David K. Yang, DMD, PLLC, evidenced by a promissory note dated August 28, 2020, in the original principal amount of $570,000.00, bearing interest at 3.25% per year with a maturity date of September 5, 2030. Loan No. 910004942841 is attached hereto as **Exhibit A**.

15. The outstanding principal balance of Loan No. 910004942841 as of May 27, 2026, was $287,636.00.

16. As of May 27, 2026, Loan No. 910004942841 was 111 days past due, with a total past-due amount of $23,924.18.

17. FCB extended Loan No. 910004943001 to David K. Yang, DMD, PLLC, evidenced by a promissory note dated August 28, 2020, in the original principal amount of $400,000.00, bearing interest at 2.95% per year with a maturity date of September 5, 2027. Loan No. 910004943001 is attached hereto as **Exhibit B**.

18. The outstanding principal balance of Loan No. 910004943001 as of May 27, 2026, was $92,389.00.

19. As of May 27, 2026, Loan No. 910004943001 was 52 days past due, with a total past-due amount of $10,838.68.

20. FCB extended Loan No. 910004944689 to David K. Yang, DMD, PLLC, evidenced by a promissory note dated August 28, 2020, in the original principal amount of

$100,000.00, bearing interest at 7.40% per year with a maturity date of October 5, 2028. Loan No. 910004944689 is attached hereto as **Exhibit C**.

21. The outstanding principal balance of Loan No. 910004944689 as of May 27, 2026, was $53,636.74.

22. FCB extended Loan No. 910010390391 to Prescott Yang, PLLC, evidenced by a promissory note dated July 29, 2022, in the original principal amount of $375,000.00, bearing interest at 5.10% per year with a maturity date of August 5, 2032. Loan No. 910010390391 is attached hereto as **Exhibit D**.

23. The outstanding principal balance of Loan No. 910010390391 as of May 27, 2026, was $253,451.24.

24. As of May 27, 2026, Loan No. 910010390391 was 22 days past due, with a total past-due amount of $4,013.58.

25. FCB extended Loan No. 910010390505 to Prescott Yang, PLLC, evidenced by a promissory note dated July 29, 2022, in the original principal amount of $150,000.00, bearing interest at 5.10% per year with a maturity date of February 5, 2033. Loan No. 910010390505 is attached hereto as **Exhibit E**.

26. The outstanding principal balance of Loan No. 910010390505 as of May 27, 2026, was $109,471.87.

27. FCB extended Loan No. 910005063084 to Yang, P.C., evidenced by a promissory note dated October 19, 2020, in the original principal amount of $969,722.18, bearing interest at 3.30% per year with a maturity date of November 5, 2035. Loan No. 910005063084 is attached hereto as **Exhibit F**.

28. The outstanding principal balance of Loan No. 910005063084 as of May 27, 2026, was $690,006.34.

29. As of May 27, 2026, Loan No. 910005063084 was 111 days past due, with a total past-due amount of $30,111.64.

30. FCB extended Loan No. 910010360235 to Yang, P.C., a Business Overdraft Protection line in the amount of $10,000.00, bearing interest at 17.90% per annum.

31. As of May 27, 2026, the outstanding principal balance on Loan No. 910010360235 was $9,639.61.

32. Yang, P.C. has executed unlimited continuing guaranties of the obligations of David K. Yang, DMD, PLLC and Prescott Yang PLLC.

33. David K. Yang, DMD, PLLC has executed unlimited continuing guaranties of the obligations of Prescott Yang PLLC and Yang, P.C.

34. David K. Yang and Felicia Bleecker have individually executed unlimited continuing guaranties of the obligations of David K. Yang, DMD, PLLC, Prescott Yang PLLC, and Yang, P.C. (the term "Borrowers" hereafter refers collectively to David K. Yang, DMD, PLLC, Prescott Yang PLLC, and Yang, P.C.). Drs. Yang and Bleecker are hereafter collectively the "Guarantors."

35. As of August 13, 2026, the loans above remain delinquent and outstanding.

## COUNT I

## BREACH OF CONTRACT – PROMISSORY NOTES

**(Against David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C.)**

36. FCB incorporates the foregoing allegations as though fully set forth herein.

37. The Loan Documents are valid contractual agreements between FCB and David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C. (collectively the "Borrowers").

38. FCB performed all of its obligations under the Loan Documents.

39. Borrowers have materially breached the Loan Documents in each of the following ways:

a. Borrowers have failed to make payments when due under the Notes and continuing guaranties;

b. Borrowers and Guarantors have failed to provide updated financial information as required under the Loan Documents, including tax returns, income statements, balance sheets, and personal financial statements for David K. Yang, DMD, PLLC, Prescott Yang PLLC, Yang, P.C., and David K. Yang and Felicia Bleecker individually;

c. Borrowers have failed to pay real estate taxes on properties that are collateral for the loans;

d. Borrowers' failures to comply with and perform all terms in any of their agreements with FCB result in cross-defaults on all loans; and

e. The Guarantors' failures to honor their obligations are themselves events of default.

40. Due to these events of default, FCB accelerated all amounts due under the Loan Documents.

41. As of May 27, 2026, the aggregate outstanding balance on the loans was $1,520,453.84, exclusive of attorneys' fees and other costs.

42. Default interest of 18% per year began accruing on that outstanding balance starting on June 8, 2026.

43. Despite demand, Borrowers have failed and refused to pay the amounts owed.

44. As a direct and proximate result of Borrowers' breaches of the Loan Documents, FCB has sustained damages in an amount to be proven at trial, but not less than: (A) the outstanding unpaid principal balance of the loans, which was $1,520,453.84 as of May 27, 2026; (B) unpaid interest on the loans, which continues to accrue at an accelerated rate of 18.00% per annum beginning on June 8, 2026; and (C) late charges, and FCB's legal fees, costs, and expenses.

**COUNT TWO**

**BREACH OF CONTRACT – BREACH OF GUARANTY**

**(Against David K. Yang and Felicia Bleecker)**

45. FCB realleges and incorporates all of the prior paragraphs as if fully restated herein.

46. The guarantees are valid written contracts that exist between FCB, David K. Yang, and Felicia Bleeker and their marital community.

47. FCB performed all of its obligations pursuant to the guaranties.

48. The Guarantors materially breached the guaranties when they failed to cure the defaults on the Loan Documents.

49. As a direct and proximate result of the material breaches, FCB has been damaged in an amount to be proven at trial, but not less than: (A) the outstanding unpaid principal balance of the loans, which was $1,520,453.84 as of May 27, 2026; (B) unpaid interest on the loans,

which continues to accrue at an accelerated rate of 18.00% per annum beginning on June 8, 2026; and (C) late charges, and FCB's legal fees, costs, and expenses.

## PRAYER FOR DAMAGES

WHEREFORE, FCB prays for judgment against Defendants as follows:

A. Judgment against Defendants in an amount to be proven at trial, but not less than the principal amount outstanding of $1,520,453.84 plus all accrued and accruing interest at the default interest rate provided in the Loan Documents; attorneys' fees pursuant to the Loan Documents and A.R.S. § 12-341.01; and costs;

B. For FCB's reasonable attorneys' fees and costs in enforcing the Loan Documents pursuant to the terms of the Loan Documents and A.R.S. § 12-341.01; and

C. For prejudgment and post-judgment interest at the default rate in the Loan Documents;

D. For an award of FCB's collection costs, and Court costs; and

E. For such other and further relief as the Court deems just and appropriate.

Respectfully submitted this 13th day of August 2026,

*/s/ Stefan Palys*
Stefan Palys (Ariz. Bar No. 024752)
**FOX ROTHSCHILD LLP**
2020 K Street, N.W. Suite 500
Washington, D.C. 20006
Tel: (202) 659-6704
Fax: (202) 461-3102
SPalys@foxrothschild.com
*Counsel for First-Citizens Bank & Trust Company.*