**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **First-Citizens Bank & Trust Company , ;**

**Defendant**(s): **David K. Yang , ; Felicia Bleeker , ; David K. Yang, DMD, PLLC , ; Prescott Yang PLLC , ; Yang, P.C. , ;**

County of Residence: Outside the State of Arizona

County of Residence: Coconino

County Where Claim For Relief Arose: Coconino

Plaintiff's Atty(s):

**Stefan Palys ,**
Fox Rothschild LLP
2020 K St NW suite 500
Washington, DC 20006
2026596704

Defendant's Atty(s):

**,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction: **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**

Defendant:- **1 Citizen of This State**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **140 Negotiable Instrument**

VI.Cause of Action: **28 USC 1332(a) filing under diversity jurisdiction.**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **$1,520,453.84**

Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** Stefan Palys

**Date:** 8/13/26

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.