Stefan Palys (SBN 024752)
spalys@foxrothschild.com
FOX ROTHSCHILD LLP
2020 K Street NW, Suite 500
Washington, D.C. 20006
Telephone: 202-659-6704
Facsimile: 202-461-3102

Attorneys for Plaintiff
FIRST-CITIZENS BANK & TRUST COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

First-Citizens Bank & Trust Company,

Plaintiff,

v.

David K. Yang; Felicia Bleeker; David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C.,

Defendants.

Case No.: 3:26-cv-08194-SMB

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

Complaint Filed
August 13, 2026

Service Date (David K. Yang)
August 19, 2026

Service Date (Felicia Bleeker)
August 27, 2026

Service Date (David K. Yang, DMD, PLLC)
August 19, 2026

Service Date (Prescott Yang PLLC)
August 19, 2026

Service Date (Yang, P.C.)
August 19, 2026

Deadline to Respond
September 9, 2026 (David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C.)

September 17, 2026 (Felicia Bleeker)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff First-Citizens Bank & Trust Company ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in the above-captioned action against Defendants David K. Yang, Felicia Bleeker, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C. because they have failed to plead or otherwise respond to the complaint in this action within the time prescribed by the Federal Rules of Civil Procedure. This application is supported by the Declaration of Stefan Palys, which is submitted herewith as **Exhibit 1**.

Plaintiff filed its Complaint on August 13, 2026. (Doc. 1; Palys Dec. ¶ 2) Plaintiff served David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C. with process on August 19, 2026. (Palys Dec. ¶ 4 (citing Docs. 13-16)) Plaintiff served Felicia Bleeker on August 27, 2026. (*Id.*, ¶ 5 (citing Doc. 17)) Defendants David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C.'s deadline to respond to the complaint was September 9, 2026 and Defendant Felicia Bleeker's deadline to respond to the complaint was September 17, 2026. (*Id.*, ¶ 6-7)

No defendant has timely answered or otherwise responded to the complaint. (*Id.*, ¶ 8) None of the defendants are infants or incompetent. (*Id.*, ¶ 9) None are in the military nor have they been during the pendency of this action. (*Id.*, ¶ 10) Accordingly, Plaintiff requests that the Clerk enter the defendants' default. Plaintiff has submitted a proposed form of order herewith.

Respectfully submitted: October 7, 2026 FOX ROTHSCHILD LLP

By *<u>/s/ Stefan Palys</u>*
Stefan Palys
Attorneys for Plaintiff,
FIRST-CITIZENS BANK & TRUST COMPANY

**CERTIFICATE OF SERVICE**

I, Stefan Palys, hereby certify that on this 7th day of October 2026, I filed a copy of the foregoing Plaintiff's Request for Entry of Default Against Defendants Pursuant to Federal Rule of Civil Procedure 55 in the Court's *CM/ECF* system, which will serve all parties of record; and mailed the same via First Class U.S. Mail to:

David K. Yang
1251 W. University Avenue
Flagstaff, Arizona 86001

Felicia Bleeker
4732 S. Dory Trail
Flagstaff, Arizona 86001

David K. Yang, DMD, PLLC
1251 W. University Avenue
Flagstaff, Arizona 86001

Prescott Yang PLLC
4732 S. Dory Trail
Flagstaff, Arizona 86001

Yang, P.C.
1251 W. University Avenue
Flagstaff, Arizona 86001

*/s/ Stefan M. Palys*
Stefan M. Palys, Esquire