Stefan Palys (SBN 024752)
spalys@foxrothschild.com
FOX ROTHSCHILD LLP
2020 K Street NW, Suite 500
Washington, D.C. 20006
Telephone: 202-659-6704
Facsimile: 202-461-3102

Attorneys for Plaintiff
FIRST-CITIZENS BANK & TRUST COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| First-Citizens Bank & Trust Company,<br><br>Plaintiff,<br><br>v.<br><br>David K. Yang; Felicia Bleeker; David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C.,<br><br>Defendants. | Case No.: 3:26-cv-08194-SMB<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**<br><br><u>Complaint Filed</u><br>August 13, 2026<br><br><u>Service Date (David K. Yang)</u><br>August 19, 2026<br><br><u>Service Date (Felicia Bleeker)</u><br>August 27, 2026<br><br><u>Service Date (David K. Yang, DMD, PLLC)</u><br>August 19, 2026<br><br><u>Service Date (Prescott Yang PLLC)</u><br>August 19, 2026<br><br><u>Service Date (Yang, P.C.)</u><br>August 19, 2026<br><br><u>Deadline to Respond</u><br>September 9, 2026 (David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C.)<br><br>September 17, 2026 (Felicia Bleeker) |

I Stefan Palys, declare as follows:

1. I am a partner at the law firm of Fox Rothschild LLP, and am attorney of record for Plaintiff First-Citizens Bank & Trust Company ("Plaintiff") in this action. I have personal knowledge of the facts stated in this Declaration, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would competently testify to the facts stated herein. This Declaration is submitted in support of Plaintiff's application for an entry of default against Defendants David K. Yang, Felicia Bleeker, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C. (collectively, "Defendants").

2. Plaintiff initiated this action on August 13, 2026.

3. The summons against defendants David K. Yang, Felicia Bleeker, David K. Yang, DMD, PLLC, Prescott Yang PLLC, and Yang, P.C. issued on August 18, 2026. (Docs. 11 and 12)

4. Defendants David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C. were served with the complaint on August 19, 2026. (Docs. 13-16)

5. Defendant Felicia Bleeker was served with the complaint on August 27, 2026. (Doc. 17)

6. David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C.'s deadline to respond to the complaint was September 9, 2026.

7. Felicia Bleeker's deadline to respond to the complaint was September 17, 2026.

8. I have examined the online docket in this action. No defendant has timely answered or otherwise responded to a complaint as of the time of filing this Declaration, and the time to do so has expired.

9. No defendant is an infant or incompetent person.

10. No defendant is, or at any relevant time has been, in military service and so the Servicemembers Civil Relief Act is not applicable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of October 2026.

By */s/ Stefan Palys*
Stefan Palys