Stefan Palys (SBN 024752)
spalys@foxrothschild.com
FOX ROTHSCHILD LLP
2020 K Street NW, Suite 500
Washington, D.C. 20006
Telephone: 202-659-6704
Facsimile: 202-461-3102

Attorneys for Plaintiff
FIRST-CITIZENS BANK & TRUST COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

First-Citizens Bank & Trust Company,

Plaintiff,

v.

David K. Yang; Felicia Bleeker; David K. Yang, DMD, PLLC; Prescott Yang PLLC; and Yang, P.C.,

Defendants.

Case No.: 3:26-cv-08194-SMB

**[PROPOSED] ENTRY OF DEFAULT BY CLERK PER FED. R. CIV. P. 55**

Complaint Filed
August 13, 2026

Service Date (David K. Yang)
August 19, 2026

Service Date (Felicia Bleeker)
August 27, 2026

Service Date (David K. Yang, DMD, PLLC)
August 19, 2026

Service Date (Prescott Yang PLLC)
August 19, 2026

Service Date (Yang, P.C.)
August 19, 2026

Deadline to Respond
September 9, 2026 (David K. Yang, David K. Yang, DMD, PLLC, Prescott Yang PLLC and Yang, P.C.)

September 17, 2026 (Felicia Bleeker)

It appearing from the records in the above-entitled action that summonses have been served upon the defendants named below, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Fed. R. Civ. P. 55(a), that each of the

below defendants has failed to timely plead or otherwise defend in this action as directed in the summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendants is hereby entered:

David K. Yang

Felicia Bleeker

David K. Yang, DMD, PLLC

Prescott Yang PLLC

Yang, P.C.

DATE: By: ______________________

Clerk U.S. District Court