**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

First Citizens Bank & Trust Company,

Plaintiff,

v.

David K Yang, et al.,

Defendants.

**NO. CV-26-08194-PCT-SMB**

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants David K Yang, Felicia Bleeker, David K Yang DMD PLLC, Prescott Yang PLLC, and Yang PC.

DEFAULT ENTERED this 7th day of October, 2026.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 7, 2026

By s/ K. James
Deputy Clerk